UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

(Tucson Division)

## CRIMINAL MINUTES

 07  / 1204  / _____          Date:   September 17, 2008 _____
Yr   Case No   Dft #

 XX   HON.   DAVID C. BURY   Judge No.   7030 _____

USA v   AUGUSTINE   MARCIA   (2) _____
　　　　Last Name　　　　　　First Name　　　　　　　Middle Name

DEFENDANT: _____ Present  XX   Not Present - Waived   XX   Released

Deputy
Clerk:   Cathy Schwader _____          Crt Rprt:   Chris Wallace _____

U.S. Atty:   Shelley Clemens _____          Dft Att:   Harold Higgins _____
　　　　　　　　　　　　　　　　　　　　　　　 XX   Present  XX   Appt _____ Ret'd

PROCEEDINGS:   XX  Open Court _____ Chambers _____ Other

FURTHER HEARING PRETRIAL MOTIONS

Mr. Higgins,  Mr. Malanga and Ms. Williams waive the presence of their respective clients for purposes of this hearing.  Pending before the Court is Defendants' Motion to Sever which pursuant to 28 USC §636(b)(1)(B) was heard by Magistrate Judge Pyle.  Magistrate Judge Pyle issued a  Report and Recommendation to the District Court that the motion to sever be denied and the statement by defendant Moore be redacted to address any *Bruton* issues.  After an independent review of the record, IT IS ORDERED the Report and Recommendation of Magistrate Judge Pyle  [Doc. No. 95] is adopted by the Court.  The Court and counsel confer re: redactions to defendant Moore's statement.  The redactions as set forth on the record will be made by the government and a redacted copy of the statement to be used at trial will be provided to the Court and counsel.    A pretrial conference is set for MONDAY, SEPTEMBER 29,  2008 at 10:30 a.m.  Proposed voir dire and jury instructions should be filed by 12:00 p.m., Friday, September 26, 2008.

Motion Hrg:   1  hr

  07   / 1204   /

U. S. Atty: Shelley Clemens

DANIELLE MOORE      (3)                    Heather Williams
 xx Not Present - Waived    xx   Released        xx   Present xx Appointed


JULIO ALFONSO RAMIREZ-GONZALEZ (6)    Rafael Malanga
 xx Not Present - Waived    xx  Released        xx   Present xx Appointed